**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**BARBARA HERNANDEZ,**

      **Plaintiff,**                        Case No.:  8:16-CV-02726-EAK-AEP

v.

**NSN REVENUE RESOURCES, LLC,**

      **Defendant.**
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, BARBARA HERNANDEZ, and Defendant, NSN REVENUE RESOURCES, LLC, by and through their respective undersigned counsel, hereby stipulate to the dismissal of this matter with prejudice in accordance with Federal Rule of Civil Procedure 41(a), with each party to bear its own attorneys' fees and costs.

Dated this 29th day of December, 2016.

| | |
|---|---|
| Cole, Scott, Kissane, P.A. | WENZEL FENTON CABASSA, P.A. |
| 4301 W. Boy Scout Blvd. | 1110 North Florida Avenue |
| Suite 400 | Suite 300 |
| Tampa, FL 33607 | Tampa, Florida 33602 |
| Telephone:  (813) 864-9324 | Telephone:  813-224-0431 |
| Facsimile: (813) 286-2900 | Facsimile:  813-229-8712 |
| | |
| | BY: Matthew K. Fenton |
| BY:  Erin L. Centrone | Matthew K. Fenton |
| Brian D. Rubenstein | Florida Bar Number: 0002089 |
| Florida Bar Number: 0016997 | E-mail:  mfenton@wfclaw.com |
| E-mail: brian.rubenstein@csklegal.com | **Counsel for Plaintiff** |
| Erin L. Centrone | |
| Florida Bar Number: 100189 | |
| E-mail: erin.centrone@csklegal.com | |
| **Counsel for Defendant** | |